**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DEMPSEY B COLLINS JR      §      Case No.: 07-19347
                                   §
                                   §
                                   §
                                   §
         Debtor(s)                 §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/18/2007.

2) This case was confirmed on 02/13/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/27/2009.

5) The case was dismissed on 08/19/2009.

6) Number of months from filing to the last payment: 19

7) Number of months case was pending: 25

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    15,700.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Receipts:
         Total paid by or on behalf of the debtor           $    30,400.00
         Less amount refunded to debtor                     $          .00
 NET RECEIPTS                                               $    30,400.00
================================================================================


================================================================================
 Expenses of Administration:

         Attorney's Fees Paid through the Plan              $     2,084.20
         Court Costs                                        $          .00
         Trustee  Expenses and Compensation                 $     2,340.80
         Other                                              $          .00

 TOTAL EXPENSES OF ADMINISTRATION                           $     4,425.00

 Attorney fees paid and disclosed by debtor                 $     1,415.80
================================================================================


================================================================================
 Scheduled Creditors:

 Creditor                       Claim           Claim           Claim       Principal       Int.
  Name            Class       Scheduled        Asserted         Allowed        Paid         Paid

 PEOPLES GAS LIGHT &  UNSECURED    5,806.09        6,070.58        6,070.58          .00          .00
 CITIMORTGAGE INC     SECURED     63,456.00       58,280.13       17,963.20     17,963.20         .00
 CITIMORTGAGE INC     SECURED           NA        15,847.91        8,011.80      8,011.80         .00
 IRA T NEVEL          OTHER             NA              NA              NA            .00         .00
 IL STATE DISBURSEMEN PRIORITY     7,305.00             .00             .00            .00         .00
 CHILD SUPPORT ENFORC OTHER             NA              NA              NA            .00         .00
 ACTION CARD          UNSECURED        5.00             NA              NA            .00         .00
 AFNI INC             UNSECURED      234.00             NA              NA            .00         .00
 AMERICAN GENERAL FIN UNSECURED    7,213.00        7,206.28        7,206.28            .00         .00
 CAPITAL ONE BANK     UNSECURED    5,361.00             NA              NA            .00         .00
 ILLINOIS COLLECTION  UNSECURED      480.00             NA              NA            .00         .00
 PEOPLES GAS LIGHT &  UNSECURED       57.00             NA              NA            .00         .00
 MCSI/RMI             UNSECURED      250.00          750.00          750.00            .00         .00
 BRENDA WASHINGTON    OTHER             NA              NA              NA            .00         .00
 NEXTEL               OTHER             NA              NA              NA            .00         .00
 HOLY CROSS HOSPITAL  OTHER             NA              NA              NA            .00         .00
 COUNTRY CLUB HILLS   OTHER             NA              NA              NA            .00         .00
 CITIMORTGAGE INC     OTHER             NA              NA              NA            .00         .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 17,963.20 | 17,963.20 | .00 |
| Mortgage Arrearage | 8,011.80 | 8,011.80 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 25,975.00 | 25,975.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 14,026.86 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 4,425.00 |
| Disbursements to Creditors | $ | 25,975.00 |
| **TOTAL DISBURSEMENTS:** | $ | 30,400.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    12/01/2009                         /s/ Tom Vaughn
                                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**